D.I. # _____

# CIVIL ACTION
# NUMBER: _____08CV109 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6.85 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.65 |

Postmark: MAR 25 2008, RODNEY SQ STA WILMINGTON DE 19801

Sent To: WARDEN PERRY PHELPS
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
City, State, ZIP+4: SMYRNA, DE 19977

7007 1490 0002 7862 5217

PS Form 3800, August 2006    See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: _____08CV109 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6.85 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.65 |

Postmark: MAR 25 2008, WILMINGTON DE 19801, RODNEY SQ STA

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, August 2006     See Reverse for Instructions

Tracking #: 7007 1490 0002 7862 5224