

Scanned

**FILED**

MAR 27 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**United States District Court**

**For the District of Delaware**

## Acknowledgement of Service Form
## For Service By Return Receipt

55

Civil Action No. __08CV109-SLR__

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

08-109-SLR

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name )  C. Date of Delivery <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> LOREN MEYERS <br> DEPUTY ATTORNEY GENERAL <br> DEPARTMENT OF JUSTICE <br> 820 N. FRENCH STREET <br> WILMINGTON DE 19801 | 3. Service Type <br> ☑ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7007 1490 0002 7862 5224 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540