


United States District Court
For the District of Delaware

# Acknowledgement of Service Form For Service By Return Receipt

Civil Action No. 08CV109-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

08-109-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN PERRY PHELPS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C/o D-Hoof ☐ Agent ☐ Addressee

B. Received by (Printed Name) C/o D HOOFNAGLE
C. Date of Delivery 3/26/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 1490 0002 7862 5217

2008 MAR 27 PM 2:10
FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540