IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DONALD R. COCHRAN
Appelant,
Petitioner

CASE NO#: 1:08-cv-109 SLR

V.

PERRY PHELPS (warden)
Appellee,
Defendant




MOTION OF DEFAULT

NOW comes, Petitioner pursuant to Federal Civil Procedural Rule 58 to move this Honorable Court to Render Petitioners allegations of the Petition for Writ of Habeas Corpus admitted for The STATE of DeLAWARE'S failure to respond and comply to this Honorable's Court order dated March 18, 2008 which gave the STATE of Delaware 45 days to respond and to comply with the instructions of the order. Therefore, the failure by the State of Delaware to respond and comply to the order in a timely fashion Petitioner asks this Honorable Court to Render the allegations of the petition admitted and to reverse the

decision of the Lower Court and vacate Petitioners sentence and Remand Petitioners case back to the Superior Court of Kent County Delaware for further proceedings or grant Petitioner any or all relief that this Honorable Court deems appropriate. (see attached of Court order dated March 18, 2008) The State of Delaware had till May 2, 2008 to Respond and to comply with the Court Order dated March 18, 2008 their failure to do so is a default Therefore, this Honorable Court must grant this Motion of Default.

Dated: May 7, 2008

Respectfully Submitted,
Donald R. Cochran

Donald R. Cochran
D.C.C.
1181 Paddock Road
Smyrna, Delaware
19977

# Certificate of Service

I, Donald R. Cochran, hereby certify that I have served a true and correct cop(ies) of the attached: Motion of Default upon the following parties/person (s):

TO: United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

TO:

TO: Department of Justice
102 W. Water Street
Dover Delaware
19901

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7 day of May, 2008

Donald Cochran

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD R. COCHRAN, )
)
Petitioner, )
)
v. ) Civil Action No. 08-109-SLR
)
PERRY PHELPS, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
)
Respondents. )

**ORDER**

At Wilmington this 18th day of March 2008, the petition of Donald R. Cochran for a Writ of Habeas Corpus having been reviewed pursuant to 28 U.S.C. § 2254, Rule 4;

IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 2254, Rules 3(b) and 4, the clerk shall forthwith serve by certified mail a copy of the petition and appendix (D.I. 1; D.I. 2), the order dated March 4, 2008 (D.I. 5), the AEDPA election form (D.I. 6), and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

2. Within **forty-five (45)** days of receipt of the petition and this order, in accordance with 28 U.S.C. § 2254, Rule 5, respondents shall:

a. State whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural

rules of the State and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding;

b. State whether any claim in the petition is barred by a procedural bar, non-retroactivity, or the statute of limitations;

c. Respond to the allegations of the petition;

d. Indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed;

e. Attach to the answer certified copies of such portions of the transcripts as may be material to the questions raised in the petition, as well as certified copies of the petitioner's brief(s) on appeal (direct and/or post-conviction) and of the opinion(s) of the appellate court, if any.

**f. Attach to the answer copies of any Rule 61 affidavits filed by petitioner's trial and/or appellate counsel in response to allegations of ineffective assistance of counsel raised in a petitioner's post-conviction proceeding filed pursuant to Delaware Superior Court Criminal Rule 61.**

3. The clerk shall mail a copy of this order forthwith to the petitioner.

UNITED STATES DISTRICT JUDGE

I/M: Donald Cochran
SBI# 201992 UNIT 22-A-3-upper
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977







Office of the Clerk
United STATES District Court
844 North King Street, Lockbox 18
Wilmington, Delaware
19801-3570