IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONALD R. COCHRAN
    Petitioner,

V.

PERRY PHELPS, (warden)
JOSEPH R. BIDEN, Attorney
General for State of Delaware
    Respondents.

CIVIL ACT. NO# 08-109-SLR


FILED
MAY 21 2008
U.S. DISTRICT COURT

## MOTION TO RESPOND TO RESPONDENTS MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure. Respondents filed a Motion for Extension of Time. Petitioner now moves for this Honorable Court to deny Respondents Motion For Extension of Time. In support Petitioner offers the following:

1. Respondents claim that this matter was neglected an not placed on scheduling calendar and that an abundance of State Court matters filed within the past Two weeks kept the Respondents from being able to complete and file a timely response to Petitioners petition. There is no good cause

-1-

shown or proved to grant a Motion For Extension of time. If it were clear to the Respondents that it was unable to complete their response in a timely fashion. Their Motion For Extension of Time should have been filed in a timely fashion before The Court order of 45 days. Their Motion For Extension of Time was filed Two weeks late which shows that any State Court matters filed within the past Two weeks had nothing to do with hindering the respondents from filing a timely response. Their response should have been complete and filed on or before May 2, 2008 so anything filed within the past Two weeks had nothing to do in their failure to comply with the Court Order dated March 18, 2008

2. The Respondents should be held to the same standards that the Petitioner is held to. Which is to comply to the Rules and the instructions of Court Orders. and not shown different treatment for failing to comply with The Court order

Therefore, Petitioner asks this Honorable Court to deny the respondents Motion For Extension of Time.

Dated: May 17, 2008

Respectfully,
Donald R. Cochran
Donald R. Cochran
D.C.C.
1181 Paddock Road
Smyrna, Delaware
19977

# Certificate of Service

I, **Donald Cochron**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion to Respond to Motion For Extension of Time** upon the following parties/person (s):

TO: Department of Justice
820 N. French Street
Wilmington Delaware
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **17** day of **May**, 2008

Donald Coch___

I/M Donald Cochran
SBI# 201992   UNIT 22-A-Bupper
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 MAY 2008 PM 2 L

Office of The Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware
19801-3570