## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DONALD R. COCHRAN,                )
                                  )
            Petitioner,           )
                                  )
    v.                            )        Civil Action No. 08-109SLR
                                  )
PERRY PHELPS,                     )
Warden, and JOSEPH                )
R. BIDEN III, Attorney            )
General of the State              )
of Delaware,                      )
                                  )
            Respondents.          )

## O R D E R

At Wilmington this 3rd day of June, 2008;

IT IS ORDERED that:

Petitioner Donald R. Cochran's motion for a default judgment is **DENIED**. (D.I.

12) Whether a default judgment is even available in a habeas corpus proceeding is

subject to debate. See e.g. Lemons v. O'Sullivan, 54 F.3d 357, 365 (7th Cir.

1995)("Default judgment is an extreme sanction that is disfavored in habeas corpus

cases"); Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990)("The failure to respond to

claims in a petition for habeas corpus does not entitle the petitioner to a default

judgment); Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir. 1987). Nevertheless, an entry

of default is not warranted at this juncture because the court granted the State's motion

for an extension of time to file its answer on May 20, 2008.  <u>See</u> Rule 5(a) of the Rules

Governing Section 2254 Cases; Fed. R. Civ. P. 55.

UNITED STATES DISTRICT JUDGE