IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD R. COCHRAN** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-109-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE

## CERTIFIED STATE COURT RECORDS

1.   The petitioner, Donald Cochran, has applied for federal habeas relief, alleging ineffective assistance of counsel and a variety of other errors in his state court criminal proceedings. D.I. 1. The undersigned filed an answer to the petition on June 13, 2008.

2.   By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.   A request for certified records has been made to the Delaware Supreme Court. Counsel has not yet received any reply to this request. The undersigned anticipates obtaining the records no later than July 11, 2008.

4.   This is respondents' FIRST request for an extension of time to file records.

     5.     Respondents submit that an extension of time to July 11, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                            /s/ James T. Wakley
                                                            Deputy Attorney General
                                                            Department of Justice
                                                            820 N. French Street
                                                            Wilmington, DE 19801
                                                            (302) 577-8500
DATE: June 13, 2008                                    Del. Bar. ID No. 4612

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on June 13, 2008, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Donald R. Cochran
SBI # 00201992
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  June 13, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD R. COCHRAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-109-SLR |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before July 11, 2008.

_____
United States District Judge