IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONALD R. COCHRAN
   Petitioner

V.

Civ Act. NO.# 08-109-SLR

PERRY PHELPS (warden)
JOSEPH BIDEN III (Attorney General for the state of Delaware)



FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned

## MOTION TO REPLY TO RESPONDENTS ANSWER

Pursuant to Rule 5 of the Rules Governing 2254 Actions, 28 U.S.C. foll § 2254, Petitioner offers the following in Response to Answer the Respondents.

1.) The Respondents have some facts wrong in their answer. After Petitioner entered into a Robinson Plea in February 2003 The Petitioner filed a Motion For Modification in September 2003 not an Motion for Correction of An Illegal Sentence as the Respondents state in their answer these are Two different motions (see attached copy of Petitioners Docket sheet Pages 2, 3 numbers 24, 26) The Motion For Correction of Illegal Sentence was filed on December 7, 2006 (see attached Docket sheet Page 5, number 56.)

On Page 3 letter F) of Respondents answer Respondents are wrong Petitioners Plea was not entered voluntarily because Petitioner was given Faulty Legal advice on the minimum and maximum sentence guidelines on the Burglary charge not on the maximum sentence he faced if found guilty on all charges as the Respondents state in their answer. Being given the INCORRECT sentence guidelines on the Burglary charge renders the Plea INValid for it was not knowingly or voluntarily made which calls for the Plea Agreement to be set aside.

2). The Petitioner ask this Honorable Court grant his Petition and grant him equitable tolling due to the fact that Petitioner was exhausting State Remedies which took Petitioner some time to complete. Petitioner has sent a copy of his Docket Sheet to show this Honorable Court that he has been seeking relief in the Lower Courts (see attached copy of Docket Sheet for all motions that have been filed in the Lower Courts.)

3). As to Petitioners eighth claim of his Petition Petitioners Direct Appeal was filed in a timely fashion in Petitioners Appendix to his Petition he shows the receipt of his Direct Appeal being air mailed in overnite mail that shows that the Direct Appeal was at the Courthouse on July 16, 2003 which makes it timely filed but the Supreme Court denied it as being filed untimely.

Therefore, in closing, this Honorable Court has the discertion to grant any motion. Petitioner asks this Honorable Court to grant his Petition of Writ of Habeas Corpus due to violations of his Constitutional Rights and grant Petitioner any and all relief it deems that the Petitioner is entitled to.

Dated: 6-22-08

Respectfully
Donald Cochran
Donald Cochran
D.C.C.
1181 Paddock Road
Smyrna, Delaware
19977

# Certificate of Service

I, Donald Cochran, hereby certify that I have served a true and correct cop(ies) of the attached: Motion to Reply To Respondents Answer upon the following parties/person (s):

TO: Department of Justice
102 W. Water Street
Dover Delaware
19901

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 22 day of June, 2008

Donald Cochran

I/M: Donald, Cochran
SBI# 201992    UNIT 22-A-3 upper
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SW'S


$ 01.17⁰
MAILED FROM ZIP CODE 19977
JUN 25 2008

Office of The Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware
              19801-3570

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    1
                         ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                        DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK



Assigned Judge:

Charges:
Count       DUC#         Crim.Action#      Description         Dispo.      Dispo. Date
-----------------------------------------------------------------------------
 001      0102010757     IK02010397wR      PDWDCF              GLTY        02/03/2003
 002      0102010757     IK02010398wR      ASSAULT 1ST         GLTY        02/03/2003
 003      0102010757     IK02010399wR      BURGLARY 1ST        GLTY        02/03/2003
 004      0102010757     IK02010400w       UNLAW IMPR 1ST      NOLP        02/03/2003
 005      0102010757     IK02010401w       CRIM MISC <1000     NOLP        02/03/2003
 006      0102010757     IK02010402W       NONC W/CON BOND     NOLP        02/03/2003

         Event
No.      Date           Event                                         Judge
-----------------------------------------------------------------------------
1      01/10/2002
          CASE ACCEPTED IN SUPERIOR COURT.
2      01/10/2002
          CASE CONSOLIDATED WITH 0102015219
3      01/10/2002
          RULE 9 WARRANT ISSUED.
4      10/28/2002                                           FREUD ANDREA MAYBEE
          RULE 9 WARRANT RETURNED, BAIL SET AT
          SECURED BAIL-HELD                     33,000.00 100%
          DEF. WAS ARRAIGNED.
          CCR: 11/12/02 AT 9:00 A.M.
5      10/28/2002                                           FREUD ANDREA MAYBEE
          ARRAIGNMENT CALENDAR - DEFENDANT WAIVED READING; ENTERED PLEA OF NOT
          GUILTY; JURY TRIAL DEMANDED.
          RULE 9 WARRANT RETURNED.
          CCR: 11/12/02 AT 9:00 A.M.
6      11/12/2002                                           VAUGHN JAMES T. JR.
          CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW 12/11, TRIAL 12/16/02
7      11/25/2002
          SUBPOENA(S) ISSUED.
8      12/11/2002                                           RIDGELY HENRY DUPONT
          FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL & FCR 12/16/02
9      12/16/2002                                           RIDGELY HENRY DUPONT
          TRIAL CALENDAR-CONTINUED 2/3, FCR 1/29/03. DEFENSE REQUEST.
          DEFENSE ATTY. IN TRIAL.
10     01/15/2003
          SUBPOENA(S) ISSUED.
11     01/29/2003                                           WITHAM WILLIAM L. JR.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page     2
                          ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                       DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                               RICK

        Event
No.     Date           Event                                       Judge
-----------------------------------------------------------------------------
        CASE REVIEW CALENDAR FINAL CASE REVIEW CONTINUED.
        DEFENDANT'S REQUEST-NEW ATTY.  FCR & TRIAL 2/3/03
12      02/03/2003                                      WITHAM WILLIAM L. JR.
        TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
13      02/03/2003
        MOTION TO DISMISS FILED AND MOOT AS THE DEFENDANT PLED.
14      03/18/2003
        DEFENDANT'S LETTER FILED.
        RE: REMORSE FOR CRIMES COMMITTED.
15      04/16/2003
        LETTER FROM JOSEPH BERNSTEIN, ESQ. TO JUDGE VAUGHN
        RE: CONTINUANCE OF 04/17/03; APPROVED BY JUDGE VAUGHN ON 04/16/03.
16      04/22/2003
        SENTENCING CALENDAR, SENTENCING CONTINUED.  JUDGE VAUGHN IN MURDER
        TRIAL; TO BE SENTENCED 5/27/03   (DO NOT RE-SCHEDULE W/JV, POSS CONFLIC
17      05/27/2003                                      RIDGELY HENRY DUPONT
        SENTENCING CALENDAR, SENTENCING CONTINUED.
        SENTENCING MONDAY, 6/16/03 PJR
18      06/16/2003                                      RIDGELY HENRY DUPONT
        SENTENCING CALENDAR: DEFENDANT SENTENCED.
19      07/22/2003
        LETTER FROM PARALEGAL OFFICE TO JOSEPH BERNSTEIN, ESQUIRE
        RE: ATTACHED IS CORRESPONDENCE THE COURT RECEIVED FROM MOTHER OF
        DEFENDANT.
20      07/24/2003
        NOTICE OF APPEAL: 356, 2003
21      08/08/2003
        LETTER FROM PARALEGAL OFFICE TO DONALD COCHRAN.
        RE:INFORMATION ON OBTAINING TRANSCRIPTS.
22      08/18/2003
        MOTION FOR TRANSCRIPT FILED (PRO SE).
23      08/27/2003
        AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS FILED
        (PRO SE).
24      09/08/2003
        MOTION FOR MODIFICATION OF SENTENCE FILED (J. BERNSTEIN).
25      09/09/2003                                      RIDGELY HENRY DUPONT
        ORDER: THIS 8TH DAY OF SEPTEMBER, 2003, UPON CONSIDERATION OF DEFEN-
        DANT'S MOTION FOR TRANSCRIPTS FOR PURPOSES OF HIS DIRECT APPEAL TO
        THE SUPREME COURT AND IT APPEARING THAT THE DEFENDANT IS INDIGENT,
        IT IS ORDERED THAT THE MOTION IS GRANTED AND TRANSCRIPTS SHALL BE
        PREPARED OF THE PLEA COLLOQUY ON FEBRUARY 3, 2003 AND THE SENTENCING
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    3
                         ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                     DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK


       Event
No.    Date           Event                                        Judge
-------------------------------------------------------------------------------
       ON JUNE 16, 2003 AT STATE'S EXPENSE.
26    09/10/2003
       MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
27    09/12/2003                                      RIDGELY HENRY DUPONT
       ORDER: THIS 12TH DAY OF SEPTEMBER, 2003, NOW THEREFORE IT IS ORDERED
       THAT DECISION ON THE MOTION FOR MODIFICATION OF SENTENCE IS DEFERRED
       UNTIL THE RETURN OF THE RECORD AND MANDATE TO THIS COURT.
28    09/16/2003
       SUPPLEMENT TO MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
29    09/30/2003
       TRANSCRIPT OF PLEA HEARING FILED. (DOUGHERTY)
30    09/30/2003
       TRANSCRIPT OF SENTENCING FILED. (DOUGHERTY)
31    11/13/2003
       DEFENDANT'S LETTER FILED.
       RE: PENDING APPEAL AND MTNMOS (DEFERRED).
32    12/02/2003
       MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
       SUPREME COURT CASE NO: 356, 2003
33    12/17/2003                                      RIDGELY HENRY DUPONT
       MOTION FOR MODIFICATION OF SENTENCE DENIED. SPEEDY TRIAL MOTION WAS
       EXPRESSLY WAIVED DURING PLEA COLLOQUY. NO RIGHT TO CREDIT TIME IN
       FLORIDA.
34    04/05/2004
       DEFENDANT'S LETTER FILED.
       RE: MTNMOS. DENIED 12/17/2003.
35    05/12/2004
       DEFENDANT'S REQUEST FOR RULING ON MOTION SENT.
36    12/20/2004
       DEFENDANT'S LETTER TO PROTHONOTARY FILED.
       RE: LETTER TO PROSECUTOR IN CASE ASKING FOR SUPPORT ON A MOTION FOR
       REVIEW OF SENTENCE. PLEASE PLACE COPY IN FILE.
37    02/01/2005
       MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
38    04/04/2005                                         VAUGHN JAMES T. JR.
       MOTION FOR MODIFICATION OF SENTENCE DENIED.
39    04/19/2005
       COPY OF DOCKET REQUESTED AND SENT.
40    04/19/2005
       NOTICE OF APPEAL, 156, 2005 (PRO-SE)
41    04/19/2005
       LETTER FROM SUPREME COURT STATING RECORD IS DUE NO LATER THAN 5/11/05.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    4
                          ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                        DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK

        Event
No.     Date           Event                                     Judge
-------------------------------------------------------------------------------
42    05/11/2005
        RECORDS SENT TO SUPREME COURT.
43    01/03/2006
        MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
        SUPREME COURT CASE NO: 156, 2005
        SUBMITTED: OCTOBER 7, 2005
        DECIDED: DECEMBER 8, 2005
        BEFORE STEELE, CHIEF JUSTICE, BERGER AND JACOBS, JUSTICES
44    02/21/2006
        MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
45    02/21/2006
        MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR POSTCONVICTION RELIEF
        FILED (PRO SE).
46    02/21/2006
        MOTION FOR APPOINTMENT OF COUNSEL FILED (PRO SE).
47    02/24/2006                                       WITHAM WILLIAM L. JR.
        ORDER OF REFERENCE
        AND NOW, THIS 22ND DAY OF FEBRUARY, 2006, IT IS SO ORDERED THAT MOTION
        FOR POSTCONVICTION RELIEF IS REFERRED TO COMMISSIONER ANDREA MAYBEE
        FREUD FOR PROPOSED FINDINGS AND RECOMMENDATION PURSUANT TO 10 DEL.C.
        SECTION 512(B)(1)(B) AND CRIMINAL RULE 62.
48    02/24/2006                                       FREUD ANDREA MAYBEE
        ORDER OF BRIEFING
        AND NOW, THIS 24TH DAY OF FEBRUARY, 2006, IT IS ORDERED THAT:
        1) JOSEPH BERNSTEIN, ESQUIRE, SHALL FILE AFFIDAVIT BY APRIL 5, 2006.
        2) DEPARTMENT OF JUSTICE SHALL FILE LEGAL MEMORANDUM BY MAY 5, 2006.
        3) ANY REPLY BY MOVANT SHALL BE FILED BY JUNE 5, 2006.
49    02/24/2006
        LETTER FROM PARALEGAL OFFICE TO COUNSEL
        RE: NOTICE THAT THE DEFENDANT HAS FILED A MOTION FOR POSTCONVICTION
        RELIEF, PRO SE.
50    04/05/2006
        AFFIDAVIT OF JOSEPH BERNSTEIN, ESQUIRE, TO DEFENDANT'S MOTION FOR
        POSTCONVICTION RELIEF.
51    05/05/2006
        STATE'S RESPONSE TO MOTION FOR POSTCONVICTION RELIEF FILED
        (SUSAN SCHMIDHAUSER, ESQUIRE).
52    05/23/2006
        DEFENDANT'S REPLY BRIEF/MOTION TO RESPOND TO ATTORNEY'S AND STATE'S
        ANSWER TO DEFENDANT'S RULE 61 FILED (PRO SE).
53    05/23/2006
        MEMORANDUM FILED FROM PARALEGAL OFFICE TO COMMISSIONER FREUD
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    5
                         ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                      DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK

        Event
No.     Date           Event                                    Judge
-----------------------------------------------------------------------------
        RE: MOTION FOR POSTCONVICTION RELIEF HAS COMPLETED BRIEFING AND
        APPEARS READY FOR YOUR HONOR'S REPORT AND RECOMMENDATION.
54      06/14/2006                                   FREUD ANDREA MAYBEE
        MOTION FOR REQUEST FOR APPOINTMENT OF COUSNEL DENIED. LETTER/ORDER
        ISSUED BY COMMISSIONER FREUD.
55      12/07/2006                                   FREUD ANDREA MAYBEE
        COMMISSIONER'S REPORT AND RECOMMENDATIONS FILED.
        UPON DEFENDANTS MOTION FOR POSTCONVICTION RELIEF PURSUANT TO SUPERIOR
        COURT CRIMINAL RULE 61 - COMMISSIONER FREUD RECOMMENDS THAT THE
        COURT DENY COCHRAN'S MOTION FOR POST CONVICTION RELIEF AS
        PROCEDURALLY BARRED.
56      12/27/2006
        MOTION FOR CORRECTION OF ILLEGAL SENTENCE FILED (PRO SE).
57      01/22/2007                                   WITHAM WILLIAM L. JR.
        ORDER ON THIS 22ND DAY OF JANUARY, 2007, UPON CONSIDERATION OF THE
        DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF, IT IS ORDERED THAT THE
        THOUGHTFUL AND WELL-REASONED COMMISSIONER'S REPORT AND RECOMMENDATION
        IS ADOPTED BY THE COURT AND DEFENDANT'S MOTION FOR POSTCONVICTION
        RELIEF IS DENIED AS PROCEDURALLY BARRED.
58      01/22/2007                                   WITHAM WILLIAM L. JR.
        ORDER: THE DEFENDANT HAS FILED A MOTION FOR CORRECTION OF AN ILLEGAL
        SENTENCE PURSUANT TO RULE 35 OF THE SUPERIOR COURT. THE COURT HAS
        CAREFULLY REVIEWED THE SUBMISSIONS AND FINDS AS FOLLOWS:
        1. IT WAS IMPROPER TO HAVE SENTENCED MR. COCHRAN TO 20 YEARS AT LEVEL
        5 FOR A CLASS B FELONY (AS TO IK02-01-0399 BURGLARY 1ST), BECAUSE THE
        DEFENDANT'S CRIME WAS ACTUALLY A CLASS C FELONY ONLY PUNISHABLE UP
        TO 10 YEARS AT LEVEL 5. A CORRECTED ORDER WILL BE ISSUED.
        2. THE REMAINING CONTENTIONS OF MR. COCHRAN ARE DENIED SINCE THEY
        ARE NOT MERITORIOUS AND ARE FACTULLY INACCURATE.
        PURSUANT TO 11 DEL.C. SECTION 1447(B), THE DEFENDANT IS NOT ENTITLED
        TO GOOD TIME CREDIT.
        IT IS SO ORDERED THIS 22ND DAY OF JANUARY 2007.
59      01/31/2007
        MOTION FOR RECONSIDERATION OF MOTION FOR CORRECTION OF AN ILLEGAL
        SENTENCE FILED (PRO SE).
60      02/05/2007
        NOTICE OF APPEAL 49, 2007 (PRO-SE)
61      02/05/2007
        NOTICE OF APPEAL 50,2007 (PRO-SE)
62      02/05/2007
        NOTICE OF APPEAL 51, 2007 (PRO-SE)
63      02/08/2007
```

```
                      SUPERIOR COURT CRIMINAL DOCKET                 Page     6
                           ( as of   04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                        DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK

        Event
No.     Date            Event                                     Judge
-------------------------------------------------------------------------------
        MEMORANDUM FROM ATTORNEY GENERAL TO THE COURT REGARDING RESTITUTION
64      02/09/2007
        STATE'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION
        FOR CORRECTION OF AN ILLEGAL SENTENCE FILED (SUSAN SCHMIDHAUSER, ESQ.)
65      03/07/2007
        RECORDS SENT TO SUPREME COURT.
66      05/08/2007                                      WITHAM WILLIAM L. JR.
        ORDER: THIS 7TH DAY OF MAY 2007, WHEREAS, THE DEFENDANT HAS FILED A
        MOTION FOR RECONSIDERATION OF MOTION FOR CORRECTION OF AN ILLEGAL
        SENTENCE AND WHEREAS, THE DEFENDANT HAS FILED NOTICES OF APPEAL IN
        THIS MATTER (COCHRAN V. STATE, DEL. SUPR. NO. 49, 2007) AND (COCHRAN
        V. STATE, DEL. SUPR. 50, 2007). NOW THEREFORE, IT IS ORDERED THAT
        DECISION ON THE MOTION FOR RECONSIDERATION OF MOTION FOR CORRECTION OF
        AN ILLEGAL SENTENCE IS DEFERRED UNTIL THE RETURN OF THE RECORD AND
        MANDATE TO THIS COURT.
67      08/13/2007
        MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
        SUPREME COURT CASE NO:49, 2007 (RECORD TRANSFERRED TO NOS. 50/51 2007)
68      10/22/2007
        MANDATE FILED FROM SUPREME COURT:  CASE REMANDED TO SUPERIOR COURT.
        SUPREME COURT CASE NO: 50/51, 2007
        PURPOSE: COCHRAN'S BURGLARY SENTENCE IS VACATED AND THE MATTER IS
        HEREBY REMANDED TO THE SUPERIOR COURT FOR FURTHER PROCEEDINGS IN
        ACCORDANCE WITH THIS ORDER. THE REMAINDER OF THE SUPERIOR COURT'S
        RULINGS ARE AFFIRMED. JURISDICTION IS NOT RETAINED.
        SUBMITTED: AUGUST 13, 2007
        DECIDED: SEPTEMBER 28, 2007
        BEFORE STEELE, CHIEF JUSTICE, HOLLAND AND JACOBS, JUSTICES.
69      11/28/2007                                      WITHAM WILLIAM L. JR.
        SENTENCING CALENDAR - CONTINUED.  DEFENSE REQUEST - NEW ATTY.
        REFERRED TO PD'S OFFICE.
        COURT TO SET DATE
70      12/12/2007                                      WITHAM WILLIAM L. JR.
        SENTENCING CALENDAR, SENTENCING CONTINUED 1/30/08.
71      01/08/2008
        DEFENDANT'S LETTER TO JUDGE WITHAM FILED
        RE: RE-SENTENCING.
72      01/30/2008                                      WITHAM WILLIAM L. JR.
        SENTENCING CALENDAR: DEFENDANT SENTENCED.
73      02/07/2008
        MOTION FOR MODIFICATION OF SENTENCE FILED (PRO SE).
74      02/07/2008
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                   Page       7
                           ( as of  04/11/2008 )

State of Delaware v.  DONALD R COCHRAN                         DOB: 04/21/1961
State's Atty: SUSAN G SCHMIDHAUSER , Esq.    AKA: RICK
Defense Atty: , Esq.                              RICK

         Event
No.      Date           Event                                       Judge
-----------------------------------------------------------------------------
         NOTICE: APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR MODIFICATION OF
         SENTENCE FILED (PRO SE).
75      02/11/2008
         MOTION FOR POSTCONVICTION RELIEF FILED (PRO SE).
76      02/11/2008
         MEMORANDUM OF LAW/BRIEF IN SUPPORT OF SECOND RULE 61 FILED (PRO SE).
77      02/11/2008
         NOTICE: APPENDIX OF EXHIBITS IN SUPPORT OF POSTCONVICTION RELIEF
         MOTION FILED (PRO SE).
78      02/20/2008                                          YOUNG ROBERT B.
         PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
         REFERRED TO JUDGE: YOUNG
         DATE REFERRED: 2/20/08
         CIVIL CASE NO: 0102010757
79      02/21/2008                                          YOUNG ROBERT B.
         LETTER FROM JUDGE YOUNG TO DONALD COCHRAN
         RE: "IT APPEAS THAT THIS WAS INTEDED TO BE FILED IN U.S. DISTRICT
         COURT AND WAS IMPROPERLY FILED WITH THIS COURT.  NO FURTHER ACTION
         WILL BE TAKEN BY THIS COURT."
80      03/13/2008                                          YOUNG ROBERT B.
         MOTION FOR MODIFICATION OF SENTENCE DENIED 03-13-08.
         THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
         SENTENCE AND IS, THEREFORE TIME-BARRED.  THE COURT DOES NOT FIND THE
         EXISTENCE OF ANY EXTRAORDINARY CIRCUMSTANCES.
         THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
         SENTENCING.  NO ADDITIONAL INFORMATION HAS BEEN PROVIDED TO THE COURT,
         WHICH WOULD WARRANT A REDUCTION OR MODIFICATION OF THIS SENTENCE.

                *** END OF DOCKET LISTING AS OF  04/11/2008 ***
                        PRINTED BY: CSCPQUA
```