### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DONALD R. COCHRAN** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-109-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

1.  Notice is hereby given that copies of the following Delaware State Court documents

have been manually filed with the Court and are available in paper form only:

      a. Del. Super. Ct. Crim. Dkt. 0102010757

      b. Appellant's Notice of Appeal (356, 2003)

      c. Notice to Show Cause (256, 2003)

      d. Appellant's Response to Notice to Show Cause (256, 2003)

      e. State's Answer to Appellant's Response to Notice to Show Cause (256, 2003)

      f. Appellant's Reply to State's Answer (256, 2003)

      g. November 12, 2003 Order (256, 2003)

      h. Opening brief (49, 2007)

      i. Motion to Affirm (49, 2007)

      j. May 17, 2007 Order (49, 2007)

      k. Opening brief (50 & 51, 2007)

      l. Answering Brief (50 & 51, 2007)

m. Appellant's Motion to Answer State's Answering Brief (50 & 51, 2007)

n. September 28, 2007 Order (50 & 51, 2007)

/s/ James T. Wakley  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  

DATE: July 11, 2008                                    Del. Bar. ID No. 4612

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed the attached documents with

the Clerk of Court using CM/ECF. I also hereby certify that on July 14, 2008, I will mail,

by United States Postal Service, the same documents to the following non-registered

participant:


Donald R. Cochran
SBI # 00201992
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us


Date:  July 11, 2008